Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL CONVENTION SERVICES, LLC, a New York limited liability company,<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

Plaintiffs allege:

1.     This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500, and the Court has jurisdiction pursuant to 29 U.S.C. § 1132(e). Venue is appropriate pursuant to 29 U.S.C. § 1132(e)(2).

1

19514776

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

2. Plaintiffs are the Boards of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, and Trustees of the Teamsters Convention Industry Training Fund ("Trust Funds") and are fiduciaries for purposes of ERISA.

**SOLE CLAIM FOR RELIEF**
ERISA Delinquent Contributions

3. National Convention Services, LLC, is a New York limited liability company ("NCS") that acted as an employer within the State of Nevada employing persons ("Covered Employees") who perform work covered by a collective bargaining agreement ("CBA") between NCS and the International Brotherhood of Teamsters Local 631 ("Union").

4. The Trust Funds are employee benefit trust funds that provide health and welfare, and training benefits to Covered Employees under ERISA.

5. The CBA incorporates by reference the trust agreements establishing the Trust Funds and any amendments thereto ("Trust Agreements").

6. The CBA, the Trust Agreements, and 29 U.S.C. § 1145 require each employer, including NCS, to make timely contributions to the Trust Funds on behalf of each employee who performs work covered by the CBA.

7. The CBA, the Trust Agreements, and 29 U.S.C. § 1132(g) provide for assessment of audit fees, court costs, expenses, interest, attorneys' fees and liquidated damages against an employer in the event the employer defaults in making payments to the Trust Funds and legal proceedings are required to recover such payments.

8. A contract compliance review ("Audit") revealed that NCS's Covered Employees performed work between July 1, 2012, through March 31, 2016, resulting in delinquent employee benefit contributions.

9. NCS incurred interest and liquidated damages on the delinquent contributions, the Trust Funds have incurred attorneys' fees and Audit fees associated with the delinquencies, and these amounts continue to accrue.

19514776

WHEREFORE, Plaintiffs pray for relief as follows:

1. A judgment against National Convention Services, LLC, for damages, including delinquent employee benefit contributions, interest, liquidated damages, and attorneys' fees and costs;

2. For other equitable relief as provided by ERISA; and

3. For such other and further relief as the Court deems proper.

Dated: August 30, 2019     BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiffs

3

19514776